# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
PROBATION OFFICE

June 03, 2022

**MATTHEW L. THOMPSON**

CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA  99210-0306
(509) 742-6300 / fax (509) 742-6339

**BRANCH OFFICES**

FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA  98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA  99352-0446
(509) 943-8130 / fax (509) 943-8139

REPLY TO    Richland

The Honorable Salvador Mendoza, Jr.
U.S. District Judge
825 Jadwin Avenue. Suite 190
Richland, WA 99352

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jun 06, 2022**

SEAN F. McAVOY, CLERK

**RE: Tiscorino, Marsial**
**Dkt. No: 4:22CR06022-SMJ-1**
**REQUEST FOR OUT OF COUNTRY TRAVEL**

Your Honor,

Marsial Tiscorino was convicted in U.S. District Court in the Western District of Kentucky, on April 9, 2013, for conspiracy to knowingly and intentionally distribute methamphetamine, docket number 4:12CR00014-1.  He was sentenced to 120 months imprisonment and 60 months supervised release.  Mr. Tiscorino was released from prison on December 31, 2020, and commences supervised release in the Eastern District of Washington. He currently resides at 2721 Ivy Road, in Pasco, Washington.

On May 12, 2022, a transfer of jurisdiction was completed to the Eastern District of Washington.

Mr. Tiscorino has been on supervised release for about a year and a half and has had no violations. He lives with his wife and child, has maintained stable housing, has had negative drug tests, reports as required, and is employed at PMI, a construction company. Currently, he is also trying to reopen his parents prior family food truck business, and is getting the business paperwork refiled.

Mr. Tiscorino is requesting to travel to Calle Asarez #2, Colonia Jacarandas, Jalpa Zacatecas, Mexico, to visit his parents.  If Mr. Tiscorino is granted permission to travel to Mexico, he would travel by automobile within a week or so of the travel being approved. He will be taking his parents a truck they left at his residence.  Mr. Tiscorino will visit for several days and return by airplane. The trip would be approximately 2 weeks.

**June 03, 2022**
**Page 2**

Based on Mr. Tiscorino's compliance with supervision, this officer respectfully recommends his request to travel to Mexico be granted. This officer will be available, should Your Honor have any questions.

        Respectfully submitted,

        Matthew L. Thompson
        Chief U.S. Probation Officer


        s/SanJuanita B. Coronado    06/03/2022
        SanJuanita B. Coronado
        Supervisory U.S. Probation Officer

---

THE COURT ORDERS

[X]    Concur

[ ]    Not Concur

[ ]    Other

        _____
        Signature of Judicial Officer


        ____06/06/2022_____
        Date